Certificate Number: 15317-VAE-DE-023109529

Bankruptcy Case Number: 14-31447



15317-VAE-DE-023109529

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2014</u>, at <u>3:08</u> o'clock <u>PM PDT</u>, <u>Edward l Blackwell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   <u>April 1, 2014</u>          By:    <u>/s/Grace Casquejo</u>

                                    Name:  <u>Grace Casquejo</u>

                                    Title: <u>Certified Counselor</u>